IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS DAVIS
ADC #128996                                                                                         PETITIONER

v.                                       No. 5:14-cv-309-DPM-JTR

ARTIS RAY HOBBS, Director, ADC                                                      RESPONDENT

ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Davis's petition is denied as untimely. A certificate of appealability will not issue because Davis hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015