IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS DAVIS
ADC #128996                                                                PETITIONER

v.                          No. 5:14-cv-309-DPM

ARTIS RAY HOBBS, Director, ADC                               RESPONDENT

JUDGMENT

Davis's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015