IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS DAVIS
ADC #128996                                                              PETITIONER

v.                          No. 5:14-cv-309-DPM-JTR

ARTIS RAY HOBBS, Director, ADC                              RESPONDENT

ORDER

Motion to reconsider, № 15, granted. Davis's belated objections, № 14, do not raise anything new. They're overruled. On *de novo* review, the Court again adopts the recommended decision but adds one modification. The one-year limitations period began on 5 September 2003 and ran before Davis filed his petition. *Gonzales v. Thaler*, 131 S. Ct. 641, 656 (2012); *Camacho v. Hobbs*, 774 F.3d 931, 934–35 (8th Cir. 2015).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2015