IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICHOLAS DAVIS**
**ADC #128996**                                                                    **PETITIONER**

v.                             No. 5:14-cv-309-DPM

**ARTIS RAY HOBBS, Director, ADC**                              **RESPONDENT**

## AMENDED JUDGMENT

Petition dismissed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 February 2015