IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS DAVIS
ADC # 128996                                                          PETITIONER

v.                       No. 5:14-cv-309-DPM

ARTIS RAY HOBBS, Director, ADC                                        RESPONDENT

### ORDER

Davis's motion, № 18, is denied. The Court sees no basis for a certificate of appealability.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 March 2015